AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wallace, J. Clifford | United States Court of Appeals Ninth Circuit | May 14, 2008 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge Senior Status | ___ Nomination, Date _____ <br> ___ Initial  **X** Annual ____ Final <br> 5b. ___ Amended Report | January 1, 2007 <br> December 31, 2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse <br> 940 Front Street, #4192 <br> San Diego, California 92101 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. **SEE ATTACHMENT** | |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

**X** **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

**X** **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

**X** **NONE** (No reportable non-investment income.)

| | | |
|---|---|---|
| 1. | | |
| 2. | | |

RECEIVED 2008 MAY 15 P 4:08 FINANCIAL DISCLOSURE OFFICE INCOME

Wallace, J. Clifford

Date of Report May 14, 2008

Financial Disclosure Report for 2006

I:      Positions

| Member of Executive Committee/Board of Governors | International Organization For Judicial Training |
| --- | --- |
| Senior Advisor on Legal Systems and Judicial Administration | The Asia Foundation |
| Advisor | Thailand Judicial Training Institute |
| Member | ABA Asia Law Initiative Council |
| Member | Council of Visitors of California Western School of Law |
| Member | William H. Rehnquist Center's National Board of Academic Advisors |
| Member | ABA-UNDP Advisory Committee |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | **SEE ATTACHMENT** | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

**X** NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

**X** NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$ 00,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

Wallace, J. Clifford                                  Date May 14, 2008

Financial Disclosure Report for 2007

IV.    Reimbursements


| Source | Description |
| --- | --- |
| 1. American Bar Association<br>Beijing, China | Food, MIE  Expenses<br>12/5-9/2006 |
| 2. American Bar Association<br>Bangkok, Thailand | Transportation, Food, Lodging<br>Expenses     2/16-22/2007 |
| 3. The University of Utah<br>School of Law<br>Salt Lake City, Utah | Transportation, Food Expenses<br>2/27/2007 |
| 4. United States Embassy and<br>Thailand Supreme Court | Transportation, Food, Lodging<br>Expenses    3/19-27/2007 |
| 5. University of California Davis<br>Law School<br>San Jose, California | Transportation, Food Expenses<br>4/14/2007 |
| 6. The Salzburg Institute<br>Salzburg, Austria | Transportation, Food, Lodging<br>Expenses   5/2-7/2007 |
| 7. The Fred Furth Foundation<br>Detroit, Michigan | Transportation, Food, Lodging<br>Expenses    5/15-19/2007 |

Wallace, J. Clifford                                    Date May 14, 2008

Financial Disclosure Report for 2007


IV.     Reimbursements

Page 2


8.     USAID                              Transportation, Food, Lodging
       Beijing, China                     Expenses 5/19-6/2/2007


9.     The Asia Foundation               Transportation, Food, Lodging
       Hong Kong, China                  Expenses 6/02-11/2007


10.    High Court of Botswana            Transportation, Food, Lodging
       Gaborone, Botswana                Expenses   7/19-29/2007


11.    USAID                              Transportation, Food, Lodging
       Podgorica, Montenegro             Expenses    9/9-18/2007


12.    The Federalist Society/Vanderbilt  Transportation, Food, Lodging
       Nashville, Tennessee              Expenses    9/29-10/01/2007


13.    Brigham Young University          Transportation, Food, Lodging
       Provo, Utah                       Expenses    10/7-10/2007


14.    American Society of               Transportation, Food, Lodging
       International Law                 Expenses    10/16-26/2007
       Barcelona, Spain

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| J. Clifford Wallace | May 14, 2008 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Transwest Credit Union | D | Int. | M | T | | | | | |
| 2 Changing Parameters | E | Int. | O | T | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | J. Clifford Wallace | May 14, 2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Attached are copies of letters which I received from Judge Pratt dates July 31, 1990, and of my response thereto dated August 30, 1990, and from Judge Julian Cook Jr., dated October 21, 1991, and of my response thereto dated November 20, 1991.

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is ccurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable :atutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in ompliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu

OTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILF ........... BE
UBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

August 30, 1990

Honorable John H. Pratt
Chairman
Judicial Ethics Committee
811 Vermont Avenue, N.W.
Washington, D.C. 20544

Dear Judge Pratt:

I have reviewed your letter dated July 31, 1990. You raise two questions pertaining to my status as Senior Advisor on Legal Systems and Judicial Administration for The Asia Foundation.

Your first question asks for information about the "nature" of The Asia Foundation. The Asia Foundation is a private American non-profit organization incorporated under the laws of the State of California. For over 30 years it has been assisting institutions, organizations, and individuals in Asia and the Pacific in ways that contribute to their development, and to the long-term foreign policy interests of the American people. A principal emphasis in the Foundation's program is the promotion of legal institutions and procedures that provide safeguards for the human rights of citizens of countries in Asia and the Pacific.

Your second question asks for information about "the nature of the functions" that I perform. Primarily, I consult with judges and others in Asia and advise The Asia Foundation programs to improve the administration of justice in Asian countries. At times, I also give lectures or teach while in Asia.

You have kindly called to my attention the proscriptions of the Code. I do not believe my service to The Asia Foundation violates the Code.

Very truly yours,

J. Clifford Wallace

Guy Guttman, Esq.
cc:

Honorable J. Clifford Wallace
United States Court of Appeals
125 United States Courthouse
0. Front Street
San Diego, California 92189

AUG 3 1989

Dear Judge Wallace:

This committee reviews Financial Disclosure Reports. A committee member has reviewed your 1988 Report and has commented the following:

You have reported in part I, "Position," that you are a Senior Advisor on Legal Systems and Judicial Administration of the Asia Foundation. The nature of that entity and the extent of the functions that you perform in connection with it cannot be obtained from the entry in your report. It is clear, nevertheless, that you receive substantial non-investment income from the organization. Your attention is invited to the provisions of Canon 5 of the Code of Conduct for United States Judges, as well as to Advisory Opinions 10, 30 and 62.

Because your position in this organization may conflict with the Code of Conduct, it is requested that you furnish the committee with additional information reconciling your position with the proscriptions of the Code.

In Section VII, line 9, the value code used is incorrect. The monetary ranges for the applicable value codes (J-P) are set out at the end of Section VII on the Report form. In future reports, please use the proper codes.

May we have a response within 30 days, in three copies, with a copy to the clerk of your copy, with the information requested. Thank you for your cooperation.

Sincerely,

John E. Pratt
Chairman

Chambers of
Clifford Wallace
Chief Judge

November 20, 1991

Honorable Julian Abele Cook, Jr.
Chairman
Judicial Ethics Committee
811 Vermont Avenue, N.W.
Washington, D.C. 20544

Dear Judge Cook:

I have reviewed your letter dated October 21, 1991, pertaining to my 1989 Financial Disclosure report.

Section IV, lines 3 and 5 - transportation, food, and lodging received from the Liberty Fund and the Anglo/American Exchange:

Liberty Fund - this is a tax-exempt, private operating foundation established to encourage study of the idea of a society of free and responsible individuals. It conducts conferences (for people from all walks of life), publishes books, and produces films. ▆▆▆▆▆▆▆ and I were invited to attend. This program was entitled "Law, Liberty, and Responsible Individuals." They paid our transportation, food, and lodging while we attended the conference, and I assume they did this for every participant.

Anglo/American Exchange - I was selected by Chief Justice Rehnquist to be part of the American team of judges at his event, which occurs every three to four years. It is a well-known conference. I do not know the source of the money, but I am sure that Chief Justice Rehnquist, or Justice O'Connor or team leader, could enlighten you. Do you wish further information?

Section VII, line 8, Subsection D, line 8: This home is not purchased for investment purposes or for production of income. This is a second personal home. Because I was not sure whether or not it should be in the report, I decided to include it to be on the safe side. I will not include it in the future.

Very truly yours,

J. Clifford Wallace

Judicial Ethics Committee

Judicial Conference
of the
United States

Julian Abele Cook, Jr., Chairman

Howard C. Bratton          Alan D. Lourie          817 Vermont Avenue, NW
Dickinson R. Debevoise      Frank J. Magill          Washington, D.C. 20544
Leonard I. Garth            James B. Moran
Horace W. Gilmore           Robert E. Propst         (202) 786-7066
Carolyn Dineen King         Norman P. Ramsey         FTS  786-7066
ster K. Leisure            Eugene A. Wright          FAX  786-6510
A. Little, Jr.

JUL 21 1991

Honorable J. Clifford Wallace
Chief Judge, United States
Court of Appeals
N25 United States Courthouse
40 Front Street
San Diego, California 92189

Dear Judge Wallace:

This Committee reviews Financial Disclosure Reports. A Committee Member has reviewed your 1989 Report and has commented the following:

In Section IV, Lines 3 and 5, you have reported gifts of transportation, food and lodging received from the Liberty Fund the Anglo/American Exchange. Please provide additional information regarding the sources and circumstances of the gifts.

In Section VII, Line 8, Subsection D, you included the base of a second home. Real property which is held as an investment or for the production of income should be listed in sections (A-C) to disclose its description (city or county and in which the property is located), income and value. In event this is a second personal residence or a non-investment ty, you are not required to disclose any information. provide the Committee with clarification of your interest s property.

y we have a response within 30 days, in three copies, with formation requested. Thank you for your cooperation.



Sincerely,

Julian Abele Cook, Jr.
Chairman